UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14001-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

EUSEBIO SANCHEZ,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on February 14,2007.  A Report and Recommendation was filed on March 6,2007, recommending that the Defendant's plea of guilty be accepted.  The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty in Count One that the Defendant did knowingly and intentionally possess with intent to distribute a narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of title 21, United States Code, Section 841(a)(1). In Count Two that the Defendant did knowingly possess a firearm, that is, a New England Firearms Model SB1, 12 gauge short barreled shotgun, serial number 202807, which firearm was not

registered to him in the National Firearms Registration and Transfer record as required by Chapter 53, Title 26, United States Code, in violation of Title 26, United States code, Sections 5861(d) and 5871; and in Count Three that the defendant did knowingly possess a firearm, that is, a New England Firearms Model SB1, 20 gauge weapon made from a shotgun, serial number NA173387, which firearm was not registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code, in violation of Title 26,United States Code, Sections 5861(d)and 5871.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19 day of March, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
　　　　All Counsel Of Record
　　　　U.S.Probation